## CONRAD TEN EYCK
### v.
## WILLIAM ROBISON AND HUGH ROBISON MARTIN, LATE MERCHANTS IN COMPANY UNDER THE FIRM OF ROBISON & MARTIN

1808

### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* \*p. 155
2. Rule to plead . . . . . . . . . . . . " 157
3. Plea; issue . . . . . . . . . . . . " 165
4. Judgment . . . . . . . . . . . . " 176
5. Witness fees ordered paid . . . . . . . . . " 177
6. Witness fees ordered paid . . . . . . . . . " 177

## Papers in S. C. File

1. Writ of habeas corpus and return  . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . .
3. Promissory note for $620 . . . . . . . . . . . .
4. Certificate of protest  . . . . . . . . . . . .

## Papers in D. C. File

1. Capias and return . . . . . . . . . . . . .